UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DICK'S SPORT CENTER, INC.,

    Plaintiff,

v.

RICHARD ALEXANDER, Director of
Industry Operations, Detroit Field Division
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

    Defendant.
_____/

Civil No. 2:04-cv-74482

HON. GEORGE CARAM STEEH
MAG. JUDGE VIRGINIA M. MORGAN

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion for summary judgment, and in accordance with the court's order granting that motion entered on March 29, 2006,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                     DEPUTY COURT CLERK

Dated: March 29, 2006